AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Paul Leroy Wickham
24512 NS 406 Road
Nowata, Oklahoma 74048

Dwayne M. Garrett
P.O. Box 554
Coffeyville, KS 67337

*Plaintiff(s)*

Julie Becker

v.

Civil Action No.

**CIV 23-223-RAW**

*Defendant(s)*

Julie Becker

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

1 First Street Northeast
Washington, D.C. 20543

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Paul Leroy Wickham
24512 NS 406 Road
Nowata, Oklahoma 74048

Dwayne M. Garrett
P.O. Box 554
Coffeyville, KS 67337

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: JUL - 6 2023

**BONNIE HACKLER**

*Signature of Clerk or Deputy Clerk*